**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| MARGARET SHAWVER,<br>*Plaintiff*<br><br>v.<br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br>*Defendant* | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. SA-26-CA-00247-XR |

**ORDER TO TRANSFER**

It is hereby **ORDERED** that the above matter is **TRANSFERRED** to the docket of the Honorable Micaela Alvarez. The Clerk shall credit this case to the percentage of business of the receiving Judge.

It is so **ORDERED**.

**SIGNED** this 13th day of March, 2026.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE